BODEN v. THOMPSON-BROWN COMPANY

Appeal from Oakland, William R. Beasley, J. Submitted Division 2 February 6, 1969, at Lansing. (Docket No. 5,543.)   Decided February 28, 1969.

Declaration by Nina J. Boden against Thompson-Brown Company, a Michigan corporation, to recover a deposit paid for the construction of a home.   Judgment for defendant.   Plaintiff appeals.   Affirmed.

*Piggins, Balmer, Grigsby, Skillman & Erickson,* for plaintiff.

*Hartman, Beier, Howlett & McConnell,* for defendant.

BEFORE: QUINN, P. J., and McGREGOR and V. J. BRENNAN, JJ.

PER CURIAM.   Plaintiff sued defendant to recover a down payment made to Suburban Heights Building Company, a bankrupt corporation, on theories of joint venture, negligence and misrepresentation. The trial court made findings that there was no joint venture, negligence or misrepresentation and gave judgment of no cause of action.

These findings are not clearly erroneous.   GCR 1963, 517.1

Affirmed.